IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER GOODRUM, SR.
ADC #114004                                                               PLAINTIFF

V.                  CASE NO. 5:09CV00343 BSM-BD

GERALD ROBINSON, *et al.*                                  DEFENDANTS

## ORDER

The court has received the partial recommended disposition from Magistrate Judge Beth Deere. The parties have filed no objections. After carefully reviewing the partial recommended disposition and reviewing the record *de novo,* it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Plaintiff's claims regarding the loss of his dentures and the conditions of his confinement are DISMISSED without prejudice. Defendants Gerald Robinson and Ronnie Cole are DISMISSED as party Defendants.

IT IS SO ORDERED, this 20th day of January, 2010.

                                                        UNITED STATES DISTRICT JUDGE