**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER WAYNE GOODRUM, SR.**
**ADC #114004**                                                                                    **PLAINTIFF**

V.                        CASE NO. 5:09CV00343 BSM-BD

**GERALD ROBINSON,** *et al.*                                                          **DEFENDANTS**

## ORDER

Plaintiff filed this action pro se under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. He was informed of his responsibility to comply with the Local Rules of the Court, including Rule 5.5, which requires a party to "promptly notify the Clerk and the other parties to the proceedings of any change in his or her address." (Docket entry #3)

On October 12, 2010, Plaintiff's mail was returned to the Court as "undeliverable" with a note indicating that Plaintiff was released from the Arkansas Department of Correction. (#41) When plaintiffs proceeding *in forma pauperis* are released from confinement, it is the Court's policy to require them to submit current information regarding financial status to determine whether they should be required to pay all, or a portion, of the fees and costs of the lawsuit.

Therefore, if Plaintiff wishes to proceed with this lawsuit, he is directed to submit a status report, including his current address, and a current request to proceed *in forma pauperis* to the Court within thirty (30) days of entry of this Order. Plaintiff's failure to comply with this Order will result in dismissal of this action under Local Rule 5.5(c)(2).

The Clerk of Court is directed to send Plaintiff an Application to Proceed *In Forma Pauperis*, along with a copy of this Order.

IT IS SO ORDERED this 21st day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE