**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER WAYNE GOODRUM, SR.**                               **PLAINTIFF**

v.                    **CASE NO. 5:09cv00343 BSM/BD**

**ED ADAMS, Captain, Jefferson County**
**Sheriff's Department et al.**                                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Defendants' motion for summary judgment [Doc. No. 36] is granted in part, and denied in part. Plaintiff's claims against defendants in their official capacities and his claim that he was denied the ability to exercise for ninety-six hours are dismissed with prejudice. Plaintiff may proceed on his claim that defendant Ford, in her individual capacity, conducted an unconstitutional search and that defendants, in their individual capacities, violated his due process rights.

Dated this 15th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE