## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHRISTOPHER WAYNE GOODRUM, SR.,**
**ADC # 114004**                                                                                    **PLAINTIFF**

v.                          CASE NO. 5:09CV00343 BSM/BD

**GERALD ROBINSON et al.**                                                                    **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims are dismissed without prejudice.

Dated this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE