**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER WAYNE GOODRUM, SR.,**
**ADC # 114004**                                                              **PLAINTIFF**

**v.**                          **CASE NO. 5:09CV00343 BSM/BD**

**GERALD ROBINSON et al.**                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, this case is hereby dismissed without prejudice.

Dated this 19th day of April, 2011

_____
UNITED STATES DISTRICT JUDGE